UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARUS CORPORATION,

                Plaintiff,

-against-

HAP TRADING, LLC and HARSH A. PADIA,

                Defendants.

Case No. 1:22-cv-08132-JPC

**NOTICE AND ORDER FOR WITHDRAWAL OF JOHN P. NOWAK AS COUNSEL OF RECORD**

---

**PLEASE TAKE NOTICE** that pursuant to the attached declaration and subject to the approval of the court, Defendants HAP Trading, LLC and Harsh A. Padia ("Defendants") notify the Court that John P. Nowak (John.Nowak@srz.com) of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, is no longer counsel for Defendants in the above captioned action.  Kevin P. Broughel, Jennifer Conn, and Zachary Zwillinger remain counsel of record for Defendants.

It is hereby requested that the Court remove Mr. Nowak's name and email address from the service list that is on file with the Court in this action.

Dated:  New York, New York
         August 24, 2023

SCHULTE ROTH & ZABEL LLP

By: /s/ *John P. Nowak*
John P. Nowak

919 Third Avenue
New York, NY 10022
212-756-2000
John.nowak@srz.com

SO ORDERED:

_____
Judge John P. Cronan

Date: August 24, 2023
New York, New York

The request is granted.  The Clerk of Court is respectfully directed to terminate John P. Nowak as counsel in this case.

## **DECLARATION OF JOHN P. NOWAK**

John P. Nowak, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney at the law firm Schulte Roth & Zabel LLP, counsel for Defendants Hap Trading, LLC and Harsh A. Padia ("Defendants") in the above captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel.

2. Kevin P. Broughel, Jennifer Conn, and Zachary Zwillinger remain counsel of record for Defendants.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2023
New York, New York.

By: _/s/ John P. Nowak_____
John P. Nowak

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 24th day of August, 2023, I caused a true and correct copy of the foregoing to be served by ECF.

Dated:  August 24, 2023

*/s/ John P. Nowak*
John P. Nowak