```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CLARUS CORPORATION,                                                    :
                                                                       :
                                    Plaintiff,                         :
                                                                       :            22 Civ. 8132 (JPC)
              -v-                                                      :
                                                                       :                 ORDER
HAP TRADING, LLC, et al.,                                              :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The Court has reviewed the parties' submissions concerning Plaintiff's request to quash Defendants' subpoena, Dkts. 57-61, 63, and has determined that a conference is necessary. The parties are ordered to appear before the undersigned on October 18, 2023, at 10:00 a.m. Unless the Court orders otherwise, the Court will conduct the conference by teleconference. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Defendants shall not enforce the subpoena prior to the conference.

    In light of Plaintiff's indication that it does not request that Docket Number 59 remain under seal, Dkt. 63, Defendants' motion to seal, Dkt. 58, is denied. The Clerk of Court is respectfully directed to close Docket Numbers 57 and 58.

    SO ORDERED.

Dated: October 2, 2023  
       New York, New York

                                                        _____  
                                                            JOHN P. CRONAN  
                                               United States District Judge