**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLARUS CORPORATION,

                     Plaintiff,                     22 **CIVIL** 8132 (JPC)

      -against-                         **JUDGMENT**

HAP TRADING, LLC, and HARSH A. PADIA,

                     Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 14, 2025, the Court holds that Section 16(d) insulates HAP from Clarus's claim under Section 16(b). The Court therefore grants HAP's motion for summary judgment and dismisses Clarus's claim with prejudice. Judgment is entered in favor of Defendants HAP Trading, LLC, and Harsh A. Padia, and this case is closed.

**Dated:**  New York, New York
           March 14, 2025

                                                       **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                                 **BY:**
                                                      _____
                                                            **Deputy Clerk**