UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLARUS CORPORATION,<br><br>                             Plaintiff,<br><br>-against-<br><br>HAP TRADING, LLC and HARSH A. PADIA,<br><br>                             Defendants. | Civil Action No.:1:22-CV-08132-JPC<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF ZACHARY ZWILLINGER AS COUNSEL OF RECORD** |

**PLEASE TAKE NOTICE** that pursuant to the attached declaration and subject to the approval of the court, Defendants HAP Trading, LLC and Harsh A. Padia ("Defendants") notify the Court that Zachary Zwillinger (zacharyzwillinger@paulhastings.com) of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166, is no longer counsel for Defendants in the above-captioned action.  Jennifer Conn of Paul Hastings LLP remains counsel of record for Defendants.

It is hereby requested that the Court remove Mr. Zwillinger's name and email address from the service list that is on file with the Court in this action.

Dated:  March 19, 2025
       New York, New York

By: */s/ Zachary Zwillinger*
    Zachary Zwillinger
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 318-6774
    zacharyzwillinger@paulhastings.com

    *Attorneys for Defendants*

SO ORDERED:

_____
The Honorable John P. Cronan
United States District Judge

Date: March 20, 2025